## (June 15, 1955.)

In the Matter of SOLOMON GOLDBARD, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, on condition that a motion for such leave in the Court of Appeals be made returnable on or before July 7, 1955. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See *ante,* p. 849.]

## (June 20, 1955.)

In the Matter of the Application of GEORGE E. STEINBUGLER for Permission to Withdraw his Resignation and for Reinstatement as an Attorney.— Application granted, petitioner reinstated and his name ordered to be restored to the roll of attorneys. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.